IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER L. AMERSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 324-044 |
| TYRONE OLIVER; RICKEY WILCOX; ANDREW MCFARLANE; and TONJA KEITH, | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this case without prejudice, and **CLOSES** this case.

SO ORDERED this 17th day of July, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE